E. L. HAWKINS V. THE STATE.

No. 10101.    Delivered February 24, 1926.

**Driving Auto Intoxicated—Appeal Dismissed.**

By an affidavit duly sworn to appellant makes known his desire that his appeal be dismissed, and his request is granted.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for driving an automobile while intoxicated, penalty twenty-five days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

Appellant was convicted in the Criminal District Court of Dallas County of driving an automobile while in a condition of intoxication, and his punishment fixed at twenty-five days in the county jail.

By an affidavit duly sworn to appellant makes known his desire that his appeal be dismissed. The request is granted, and the appeal is dismissed.

*Dismissed.*